# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

**FILED**
**04/29/2024**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

(Full name of plaintiff(s))

Arthur Wayne Fey

v.

(Full name of defendant(s))

Floyd county jail Doctor Dr Washington
They refused To give me his full name

Sheriff Steve Bush

Case Number:

4:24-cv-61-TWP-KMB

(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of Indiana, and is located at
    (State)
    New Albany Indiana 311 Hauss square
    (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.  Defendant Dr Washington
    (Name)

is (if a person or private corporation) a citizen of __Unknown__
(State, if known)

and (if a person) resides at __Unknown__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Unknown__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Floyd County Jail Medical Dr. Washington
Dr Washington Did everything he could
to keep me from going To Larry Zhou
Pain Clinic
They Did it Between June 2022
and Apr 2024
It happend at The Floyd county Jail
New Albany Indiana 47150
They did it because The Sheriff
didn't want To pay for it thats
Just a guess

Complaint - 2

C.  JURISDICTION

☒  I am suing for a violation of federal law under 28 U.S.C. § 1331.
   OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want $240,000.00 That Is $10,000.00 a month for pain and suffering Mental anguish stress Depression

I would like to see Dr. Washington lose his Medical license because when you become a Doctor you ⊗ Take a ~~hippretic~~ hippocratic Oath To give The best medical care ↑but all he did was keep me from Medical care might be spelled wrong

I have been going To Larry Zhou Pain clinic for 5 years prior To being locked up Ive had 2 neck Surgery's and need a third but The Third surgery is risky and dangerous They have To go thru your mouth not you neck so ive been getting the nerves burned in my neck every 6 months and Epiderals inbetween those 6 month along with Pain medication I was arrested June 9th 2022 I was scedualed To get my nerves burned in July 2022 I Told The Doctor here all about it but he just didn't care burning the nerves in my neck is what kept my pain level To were I am able To put off The dangerous Surgery Ive been disabled for 27 years my spine above and below my fusions is worn out im in aloT of pain I stretch and exersize To stay as loose as possible if I stop moving and just lay around I get worsT

E.  JURY DEMAND

☒  Jury Demand – I want a jury to hear my case
        OR

☐  Court Trial – I want a judge to hear my case

Dated this __16__ day of __APR__ 20__24__.

Respectfully Submitted,

_____Wayn Fey_____
Signature of Plaintiff

_____6284_____
Plaintiff's Prisoner ID Number

Jail  _New Albany In. P.O. BOX 1406_
Home  _816 ELMWOOD Ave N.A. IN 47150_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.  **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____Wayn Fey_____
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

**FILING FEE**

 I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.