# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| ARTHUR WAYNE FEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:24-cv-00061-TWP-KMB |
| | ) |
| WASHINGTON, et al., | ) |
| | ) |
| Defendants. | ) |

To:    Edward M. O'Brien
       WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
       100 Mallard Creek Rd., Suite 250
       Louisville, KY 40207

## ORDER OF RECRUITMENT OF COUNSEL PURSUANT TO LOCAL RULE 87

The Court hereby appoints Mr. Edward O'Brien to represent the plaintiff in the above action pursuant to Local Rule 87. This representation shall continue until final judgment is entered unless otherwise modified by written order.

This Order serves as recruited counsel's appearance under Local Rule 83-7(a) on behalf of the plaintiff effective seven days from the date this order is docketed, unless relief from the appointment is granted. The seven days is tolled while any motion to withdraw is pending. Counsel should not file a separate Notice of Appearance.[1]

This Order is made pursuant to Local Rule 87 and the General Order regarding requests for prepayment or reimbursement of expenses for counsel appearing pursuant to Local Rule 87. Additional information on resources available to recruited counsel is available at

---

[1] Similarly, any attorneys who want to assist recruited counsel in this action may not file a Notice of Appearance and instead MUST file a Motion to Appoint Additional Recruited Counsel along with a proposed order. Both of which can be found on the court's website http://www.insd.uscourts.gov/pro-bono-opportunities.

http://www.insd.uscourts.gov/pro-bono-opportunities. If recruited counsel seeks the Court's assistance in obtaining professional liability insurance for this representation, they should contact the Court as soon possible at recruitedcounsel@insd.uscourts.gov.

**IT IS SO ORDERED.**

Date: 5/22/2025

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

ARTHUR WAYNE FEY
2414 Jollissaint Ave
New Albany, IN 47150

Carol A. Dillon
BLEEKE DILLON CRANDALL, P.C.
carol@bleekedilloncrandall.com

Patrick Muldoon
BARNES MALONEY PLLC
pmuldoon@sbmkylaw.com

Justin M. Schaefer
BARNES MALONEY PLLC
jschaefer@sbmkylaw.com

Edward M. O'Brien
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
edward.obrien@wilsonelser.com